# United States District Court

MIDDLE DISTRICT OF ALABAMA

COPY

SUMMONS IN A CIVIL CASE

Kanesha Johnson

V.

CASE NUMBER: ~~CV-2006-~~ 2:06CV143-WKW

HealthSouth Rehabilitation and Jorge Nichols

TO: HealthSouth Rehabilitation
4465 Narrow Lane Road
Montgomery, Alabama 36116

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF (name and address)

Kanesha Johnson, Pro Se
155 Sylvest Drive, Apt. 2201
Montgomery, Alabama 36117

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service.   If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*          2-17-06

CLERK         DATE

*Chaplene Campbell*

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

# United States District Court

MIDDLE DISTRICT OF ALABAMA

COPY

Kanesha Johnson

V.

HealthSouth Rehabilitation and Jorge Nichols

SUMMONS IN A CIVIL CASE

CASE NUMBER: ~~CV-2006-~~

2:06CV143-WKW

TO: Jorge Nichols
244 Joyce Street
Prattville, Alabama 36066

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF (name and address)

Kanesha Johnson, Pro Se
155 Sylvest Drive, Apt. 2201
Montgomery, Alabama 36117

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                     2-17-06

CLERK                                                         DATE

*Charlene Campbell*

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE |
|---|