IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KANESHA JOHNSON ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION |
| ) | |
| v. ) | FILE NO. 02:06cv143-WKW |
| ) | |
| HEALTHSOUTH REHABILITATION ) | |
| and JORGE NICHOLS, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE OF HUNTON & WILLIAMS LLP

COMES NOW the law firm of Hunton & Williams LLP, and enters its appearance as counsel for Defendant HealthSouth of Montgomery, Inc., improperly identified as "HealthSouth Rehabilitation"[1] in the above-referenced civil action.

Please make entry upon the docket and records of the Court so as to provide the undersigned with all notices as required by law.

---

[1] Plaintiff incorrectly identifies the corporate Defendant as "HealthSouth Rehabilitation." There is no such entity by that name. The proper entity is HealthSouth of Montgomery, Inc.

-2-

Respectfully submitted this 10th day of March, 2006.

                HUNTON & WILLIAMS LLP


                s/ Leslie Eason Williams
                Leslie Eason Williams
                Alabama Bar No. ASB-3405-L62W
                Peter G. Golden*
                Meredith K. Olafson*
                **Admission Pro Hac Vice Forthcoming*
                HUNTON & WILLIAMS LLP
                Bank of America Plaza
                Suite 4100
                600 Peachtree Street, N.E.
                Atlanta, Georgia  30308-2216
                TELEPHONE:  (404) 888-4000
                FACSIMILE:   (404) 888-4190

                **ATTORNEYS FOR DEFENDANT**
                **HEALTHSOUTH OF MONTGOMERY, INC.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KANESHA JOHNSON | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | FILE NO. 02:06cv143-WKW |
| | ) | |
| HEALTHSOUTH REHABILITATION and JORGE NICHOLS, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of March, 2005, the foregoing Notice of Appearance of Hunton & Williams LLP was electronically filed using this Court's ECF system and that the below-listed party was served by first class mail, postage prepaid, addressed as follows:

      Kanesha Johnson
      155 Sylvest Drive, Apt. 2201
      Montgomery, Alabama  36117

      s/ Leslie Eason Williams
      **Attorney for Defendant HealthSouth**
      **of Montgomery, Inc.**