IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KANESHA JOHNSON | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | FILE NO. 2:06cv143-WKW |
| | ) | |
| HEALTHSOUTH REHABILITATION and JORGE NICHOLS, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

**DEFENDANT HEALTHSOUTH OF MONTGOMERY, INC.'S[1]
RULE 7.1 DISCLOSURE STATEMENT**

Defendant HealthSouth of Montgomery, Inc., by counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby submits its Rule 7.1 Disclosure Statement as follows:

1.

Parent corporation(s) of Defendant HealthSouth of Montgomery, Inc.: HealthSouth Corporation.

2.

Publicly held corporation(s) that owns 10% or more stock in Defendant HealthSouth of Montgomery, Inc.: None.

---

[1] Plaintiff incorrectly identifies the corporate Defendant as "HealthSouth Rehabilitation." There is no such entity by that name. The proper entity is HealthSouth of Montgomery, Inc.

Respectfully submitted, this 13th day of March, 2006.

        s/ Leslie K. Eason
Leslie K. Eason, AL Bar No. ASB-3405-L62W
leason@hunton.com
L. Traywick Duffie*
Georgia Bar No. 231950
Meredith K. Olafson*
Georgia Bar No. 551251
*Admission Pro Hac Vice Forthcoming
HUNTON & WILLIAMS LLP
Bank of America Plaza
Suite 4100
600 Peachtree Street, N.E.
Atlanta, Georgia  30308-2216
TELEPHONE:  (404) 888-4000
FACSIMILE:   (404) 888-4190

**ATTORNEYS FOR DEFENDANT HEALTHSOUTH OF MONTGOMERY, INC.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KANESHA JOHNSON | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | FILE NO. 02:06cv143-WKW |
| | ) | |
| HEALTHSOUTH REHABILITATION and JORGE NICHOLS, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of March, 2006, the foregoing Rule 7.1 Disclosure Statement of HealthSouth of Montgomery, Inc. was electronically filed using this Court's CM/ECF system, and I hereby certify that I have served by first class mail, postage prepaid, the document on the following non-CM/ECF participants:

Kanesha Johnson
155 Sylvest Drive, Apt. 2201
Montgomery, Alabama  36117

Jorge Nichols
244 Joyce Street
Prattville, AL 36066

s/ Leslie Eason Williams
**Attorney for Defendant HealthSouth of Montgomery, Inc.**