**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 13, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Kanesha Johnson vs. HealthSouth Rehabilitation**
**Case Number: 2:06cv143-WKW**

**Pleading : #5 - Answer**

**This Notice of Correction is being filed this date to advise that the referenced pleading filed on March 13, 2006 did not contain the attorney's electronic signature. The corrected pdf document is attached to this notice.**