**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                             TELEPHONE (334) 954-3600

March 15, 2006

# NOTICE OF DEFICIENCY

**To: Jorge Nichols**

**From: Clerk's Office**

**Case Style: Kanesha Johnson vs. Healthsouth Rehabilitation, et al.**
**Case Number: 2:06cv143-WKW**

**Referenced Pleading: Document #8 - Answer**

**The above referenced pleading filed on March 14, 2006 does not contain the proper certificate of service as required by the Civil Administrative Procedure. The Certificate of Service does not state that you mailed counsel for the defendants a copy of the pleading referenced above.**

**This deficiency must be corrected within ten (10) days from this date. Please submit to the Clerk's Office by conventional means the corrected certificate of service stating that you have served the defendants counsel a copy of this pleading.**