# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| KANESHA JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL CASE NO. 2:06-CV-143-WKW |
| | ) |
| HEALTHSOUTH REHABILITATION | ) |
| AND JORGE NICHOLS, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE notice that C. Nelson Gill, of the law firm of COPELAND, FRANCO, SCREWS & GILL, P.A., appears in the above-styled action before this Honorable Court as additional counsel of record for Defendant HealthSouth of Montgomery, Inc., improperly named in the Complaint as HealthSouth Rehabilitation, and requests that copies of all pleadings and other documents regarding this action be served on him.

        Respectfully submitted,

        s/C. Nelson Gill
        C. Nelson Gill (GIL055)

        *Attorney for Healthsouth of Montgomery, Inc.*

        Copeland, Franco, Screws & Gill, P.A.
        Post Office Box 347
        Montgomery, Alabama 36101-0347
        Phone: 334-834-1180
        Fax: 334-834-3172
        Email: ngill@copelandfranco.com

**OF COUNSEL:**
L. Trawick Duffie
Meredith K. Olafson
Peter G. Golden
Hunton & Williams LLP
600 Peachtree Street, NE
Bank of America Plaza Suite 4100
Atlanta, GA 30308-2216
Phone: 404-888-4004
Fax: 404-602-9028
Email: tduffie@hunton.com
Email: molafson@hunton.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 30th day of March, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by U.S. Mail postage prepaid and properly addressed, the document to the following non-CM/ECF participants:

      Kanesha Johnson Pro Se
      155 Sylvest Drive
      Apt. 2201
      Montgomery, AL 36117

      Jorge Nichols, Pro Se
      244 Joyce Street
      Prattville, AL 36066

      Respectfully submitted,

      s/C. Nelson Gill