IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

KANESHA JOHNSON,

    Plaintiff,

vs.

HEALTHSOUTH REHABILITATION
and JORGE NICHOLS,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION
FILE NO. 2:06cv143-WKW

## MOTION FOR ADMISSION *PRO HAC VICE* OF L. TRAYWICK DUFFIE

Defendant, HealthSouth of Montgomery, Inc.,[1] ("Defendant" or "HealthSouth") pursuant to Local Rule 83.1, Middle District of Alabama, moves for entry of an order admitting L. Traywick Duffie *pro hac vice* to appear as co-counsel on behalf of Defendant, HealthSouth of Montgomery, Inc., and states:

    1.    L. Traywick Duffie is a partner in the law firm of Hunton & Williams LLP, Bank of America Plaza, Suite 4100, 600 Peachtree Street, N.E., Atlanta, Georgia 30308-2216, telephone number (404) 888-4000. He is a member in good standing of the State Bar of Georgia, Georgia Bar No. 231950.

    2.    He has been admitted to practice in the following courts on the following dates:

| | |
|---|---|
| Supreme Court of Florida | 7/10/75 |
| United States District Court for the Northern District of Georgia | 03/19/79 |
| Supreme Court of Georgia | 04/10/79 |
| United States Court of Appeals for the Fifth Circuit | 09/10/75 & 10/01/81 |
| United States Court of Appeals for the Eleventh Circuit | 10/01/81 |
| United States District Court for the Middle District of Georgia | 09/19/86 |

---

[1] Plaintiff incorrectly identifies the corporate entity in this case. HealthSouth of Montgomery, Inc. is the proper entity, as "HealthSouth Rehabilitation" does not exist.

| | |
|---|---|
| United States District Court for the Eastern District of Wisconsin | 03/21/88 |
| United States District Court for the Western District of Wisconsin | 01/03/92 |
| United States District Court for the Western District of Texas | 07/28/95 |
| United States District Court for the District of Arizona | 10/04/95 |
| Court of Appeals of Georgia | 01/10/96 |
| United States Court of Appeals for the Sixth Circuit | 06/24/97 |
| United States Court of Appeals for the Tenth Circuit | 12/08/97 |
| United States Court of Appeal for the Fourth Circuit | 06/18/98 |
| United States District Court for the District of Colorado | 02/25/99 |
| United States Supreme Court | 08/04/00 |
| United States Court of Appeals for the Seventh Circuit | 04/27/01 |
| United States District Court for the Northern District of Florida | 12/16/05 |

In addition to the courts listed above, he was admitted to the Supreme Court of South Carolina September 30, 1972, but voluntarily resigned in good standing on January 19, 1982 because of his relocation and that of his practice to the state of Georgia.

Due to a local rule change, Arizona does not issue certificates of good standing as of 1999. At all times during which Movant was admitted to this Court, Movant was in good standing.

3.    A Certificate of Good Standing from the United States District Court for the Northern District of Georgia is attached as Exhibit A hereto together with payment of the prescribed admission fee.

4.    L. Traywick Duffie has not been disciplined in any manner in any jurisdiction in the preceding five years and has no disciplinary proceedings pending in any jurisdiction.

5.    Nelson Gill of the firm Copeland Franco Screws & Gill PA, 444 S. Perry Street, Montgomery, AL 36104-4236, a member in good standing of the State Bar of Alabama, is local counsel for HealthSouth of Montgomery, Inc. in this action.

WHEREFORE, Defendant, HealthSouth of Montgomery, Inc., requests the entry of an order admitting L. Traywick Duffie *pro hac vice* to appear as co-counsel on behalf of HealthSouth of Montgomery, Inc.

2

Respectfully submitted,

Nelson Gill
Copeland Franco Screws & Gill PA
444 S. Perry St.
Montgomery, AL 36104-4236
Telephone: (334) 834-1180

and

L. Traywick Duffie* (duff3709)
Meredith K. Olafson* (olaf1484)
*Motions for Admission
Pro Hac Vice pending*
HUNTON & WILLIAMS LLP
Bank of America Plaza, Suite 4100
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
Telephone: (404) 888-4000
Facsimile: (404) 888-4190

**COUNSEL FOR DEFENDANT
HEALTHSOUTH OF MONTGOMERY, INC.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KANESHA JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL CASE NO. 2:06-CV-143-WKW |
| | ) | |
| HEALTHSOUTH REHABILITATION | ) | |
| AND JORGE NICHOLS, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of March, 2006, the foregoing HealthSouth of
Montgomery, Inc.'s Motion for Admission Pro Hac Vice of L. Traywick Duffie was filed with
this Court and served upon the following parties of record via U.S. Mail, postage prepaid and
properly addressed:

Kanesha Johnson, *Pro Se*
155 Sylvest Drive
Apartment 2201
Montgomery AL 36117
Phone: 334-309-6733

Jorge Nichols, *Pro Se*
244 Joyce Street
Prattville AL 36066

_____
C. Nelson Gill (GIL055)

*Attorney for Healthsouth of Montgomery, Inc.*

Copeland, Franco, Screws & Gill, P.A.
Post Office Box 347
Montgomery, Alabama 36101-0347
Phone: 334-834-1180
Fax: 334-834-3172
Email: gill@copelandfranco.com
Email: ngill@copelandfranco.com

**OF COUNSEL:**
L. Trawick Duffie
Meredith K. Olafson
Hunton & Williams LLP
600 Peachtree Street, NE
Bank of America Plaza Suite 4100
Atlanta, GA 30308-2216
Phone: 404-888-4004
Fax: 404-602-9028
Email: tduffie@hunton.com
Email: molafson@hunton.com



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**       }
      } ss.
**NORTHERN DISTRICT OF GEORGIA**       }

I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **LEWIS TRAYWICK DUFFIE , State Bar No. 231950,** was duly admitted to practice in said Court on March 19, 1979, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 22nd day of March, 2006.

LUTHER D. THOMAS
CLERK OF COURT



By: _Jamee Holland_
         Jamee Holland
         Deputy Clerk