IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KANESHA JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION |
| ) | FILE NO. 2:06cv143-WKW |
| HEALTHSOUTH REHABILITATION ) | |
| and JORGE NICHOLS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF MEREDITH K. OLAFSON

Defendant, HealthSouth of Montgomery, Inc.,[1] ("Defendant" or "HealthSouth") pursuant to Local Rule 83.1, Middle District of Alabama, moves for entry of an order admitting Meredith K. Olafson *pro hac vice* to appear as co-counsel on behalf of Defendant, HealthSouth of Montgomery, Inc., and states:

1. Meredith K. Olafson is an associate in the law firm of Hunton & Williams LLP, Bank of America Plaza, Suite 4100, 600 Peachtree Street, N.E., Atlanta, Georgia 30308-2216, telephone number (404) 888-4000. She is a member in good standing of the State Bar of Georgia, Georgia Bar No. 551251. She has been admitted to practice in the following courts on the following dates:

| | |
|---|---|
| State Bar of California | 4/2001 |
| Bar of the District of Columbia | 5/6/02 |
| State Bar of Georgia | 6/17/04 |
| United States District Court for the Northern District of Georgia | 8/16/04 |

---

[1] Plaintiff incorrectly identifies the corporate entity in this case. HealthSouth of Montgomery, Inc. is the proper entity, as "HealthSouth Rehabilitation" does not exist.

A Certificate of Good Standing from the United States District Court for the Northern District of Georgia is attached as Exhibit A hereto together with payment of the prescribed admission fee.

2.     Meredith K. Olafson has not been disciplined in any manner in any jurisdiction in the preceding five years and has no disciplinary proceedings pending in any jurisdiction.

3.     Nelson Gill of the firm Copeland Franco Screws & Gill PA, 444 S. Perry Street, Montgomery, AL 36104-4236, a member in good standing of the State Bar of Alabama, is local counsel for HealthSouth of Montgomery, Inc. in this action.

WHEREFORE, Defendant, HealthSouth of Montgomery, Inc., requests the entry of an order admitting Meredith K. Olafson *pro hac vice* to appear as co-counsel on behalf of HealthSouth of Montgomery, Inc.

Respectfully submitted,

_____
Nelson Gill
Copeland Franco Screws & Gill PA
444 S. Perry St.
Montgomery, AL 36104-4236
Telephone: (334) 834-1180

and

_____
L. Traywick Duffie* (duff3709)
Meredith K. Olafson* (olaf1484)
* *Motions for Admission Pro Hac Vice pending*
HUNTON & WILLIAMS LLP
Bank of America Plaza, Suite 4100
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
Telephone: (404) 888-4000
Facsimile: (404) 888-4190

**COUNSEL FOR DEFENDANT HEALTHSOUTH OF MONTGOMERY, INC.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KANESHA JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL CASE NO. 2:06-CV-143-WKW |
| ) | |
| HEALTHSOUTH REHABILITATION ) | |
| AND JORGE NICHOLS, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of March, 2006, the foregoing HealthSouth of Montgomery, Inc.'s Motion for Admission Pro Hac Vice of Meredith K. Olafson was filed with this Court and served upon the following parties of record via U.S. Mail, postage prepaid and properly addressed:

Kanesha Johnson, *Pro Se*
155 Sylvest Drive
Apartment 2201
Montgomery AL 36117
Phone: 334-309-6733

Jorge Nichols, *Pro Se*
244 Joyce Street
Prattville AL 36066

_____
C. Nelson Gill (GIL055)

*Attorney for Healthsouth of Montgomery, Inc.*

                                          Copeland, Franco, Screws & Gill, P.A.
                                          Post Office Box 347
                                          Montgomery, Alabama 36101-0347
                                          Phone: 334-834-1180
                                          Fax: 334-834-3172
                                          Email: gill@copelandfranco.com
                                          Email: ngill@copelandfranco.com

**OF COUNSEL:**
L. Trawick Duffie
Meredith K. Olafson
Hunton & Williams LLP
600 Peachtree Street, NE
Bank of America Plaza Suite 4100
Atlanta, GA 30308-2216
Phone: 404-888-4004
Fax: 404-602-9028
Email: tduffie@hunton.com
Email: molafson@hunton.com



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** }
} ss.
**NORTHERN DISTRICT OF GEORGIA** }

     I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

     **DO HEREBY CERTIFY** that **MEREDITH K. OLAFSON, State Bar No. 551251,** was duly admitted to practice in said Court on August 16, 2004, and is in good standing as a member of the bar of said Court.

     Dated at Atlanta, Georgia, this 22nd day of March, 2006.

                              LUTHER D. THOMAS
                              CLERK OF COURT



                   By: _____
                              Jamee Holland
                              Deputy Clerk