**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **KANESHA JOHNSON,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CIVIL ACTION NO. 2:06-cv-143-WKW** |
| **HEALTHSOUTH REHABILITATION** | ) | |
| **and JORGE NICHOLS,** | ) | |
| **Defendants.** | ) | |
| | ) | |

**ENTRY OF APPEARANCE**

**COMES NOW** Jay Lewis, attorney at law, to enter his appearance on behalf of Jorge

Nichols, defendant herein, and would request of the Court and all parties that he be served with

process and all needful papers.

Dated this the ___4th___ day of April, 2006.

/s/ JAY LEWIS
Jay Lewis
Law Offices of Jay Lewis, LLC
Attorney for Plaintiff
P.O. Box 5059
Montgomery, Alabama, 36104
334-263-7733 (voice)
334-263-7733 (fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the __4th__ day of April, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such following to the following:

Meredith K Olafson
Hunton & Williams, LLP
Bank of America Plaza, Suite 4100
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216,

and that I have served non-CM/ECF entities by having placed a copy of the same in the United States mail, postage paid and properly addressed to:

Kanesha Johnson
155 Sylvest Drive, Apt. 2201
Montgomery, AL 36117

/s/ JAY LEWIS
Jay Lewis
Law Offices of Jay Lewis, LLC
Attorney for Plaintiff
P.O. Box 5059
Montgomery, Alabama, 36104
334-263-7733 (voice)
334-263-7733 (fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J