IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KANESHA JOHNSON, )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>HEALTHSOUTH REHABILITATION, *et al.,* )<br>)<br>    Defendants. ) | CASE NO. 2:06-CV-143-WKW |

## **O R D E R**

Upon consideration of the Motion for L. Traywick Duffie to Appear Pro Hac Vice (Doc. #12) filed on March 31, 2006, it is hereby

ORDERED that the motion be GRANTED.

DONE this 5th day of April, 2006.

                                      /s/  W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE