IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KANESHA JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-CV-143-WKW |
| ) | |
| HEALTHSOUTH REHABILITATION, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

Upon consideration of the Motion for Meredith K. Olafson to Appear Pro Hac Vice (Doc. #13) filed on March 31, 2006, it is hereby

ORDERED that the motion be GRANTED.

DONE this 5th day of April, 2006.

                              /s/   W.  Keith Watkins
                              UNITED STATES DISTRICT JUDGE