IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KANESHA JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-CV-143-WKW |
| | ) |
| HEALTHSOUTH REHABILITATION, et al., | ) |
| | ) |
| Defendant. | ) |

**<u>ORDER</u>**

It is ORDERED that the Court's Order (Doc. # 10) is VACATED. It is further ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Susan R. Walker for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this the 6th day of April, 2006.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE