IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KANESHA JOHNSON | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | FILE NO. 02:06cv143-WKW |
| | ) | |
| HEALTHSOUTH REHABILITATION and JORGE NICHOLS, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

### NOTICE OF WITHDRAWAL OF PETER G. GOLDEN, ESQ.

Counsel for Defendant HealthSouth of Montgomery, Inc. ("HealthSouth"), improperly identified in the Complaint as HealthSouth Rehabilitation, hereby gives notice to the Court and all parties that Peter G. Golden, Esq. is withdrawing as a named counsel of record for HealthSouth in the above-styled action because of other case commitments.

HealthSouth will continue to be represented by Hunton & Williams LLP, specifically by L. Traywick Duffie and Meredith K. Olafson, and by Copeland, Franco, Screws & Gill, P.A., specifically by C. Nelson Gill, who have entered appearances in this action.

Respectfully submitted on this 11th day of April, 2006.

s/ Meredith K. Olafson
L. Traywick Duffie* (duff3709)
Meredith K. Olafson* (olaf1484)
*Admitted Pro Hac Vice*
Hunton & Williams LLP
Bank of America Plaza
Suite 4100
600 Peachtree Street, N.E.
Atlanta, Georgia  30308-2216
Telephone:  (404) 888-4000
Facsimile:  (404) 888-4190
Email:  tduffie@hunton.com
Email:  molafson@hunton.com


C. Nelson Gill (GIL055)
Copeland, Franco, Screws & Gill, P.A.
Post Office Box 347
Montgomery, Alabama  36101-0347
Phone:  334-834-1180
Fax:  334-834-3171
Email:  ngill@copelandfranco.com


**Counsel for HealthSouth of Montgomery, Inc.**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 11th day of April, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by U.S. Mail postage prepaid and properly addressed, the document to the following non-CM/ECF participant:

>Kanesha Johnson, Pro Se
>155 Sylvest Drive, Apt. 2201
>Montgomery, Alabama  36117

>s/ Meredith K. Olafson
>Meredith K. Olafson (olaf1484)