IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KANESHA JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06CV143-WKW |
| ) | [WO] |
| HEALTHSOUTH REHABILITATION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

On 11 April 2006, Leslie Kali Eason, Esq., filed a Notice of Withdrawal (Doc. # 19). The court has construed the notice as a Motion to Withdraw, and, upon consideration of the motion, it is

ORDERED that the motion is GRANTED.

DONE this 12th day of April, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE