IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KANESHA JOHNSON, | ) |
|  | ) |
|    PLAINTIFF, | ) |
|  | ) |
| v. | )   CASE NO. 2:06-CV-143-WKW |
|  | ) |
| HEALTHSOUTH REHABILITATION AND JORGE NICHOLS, | ) ) |
|  | ) |
|    DEFENDANTS. | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE notice that Jayne L. Harrell of the law firm of HILL, HILL, CARTER, FRANCO, COLE & BLACK, P.C., appears in the above-styled action before this Honorable Court as counsel of record for Plaintiff Kanesha Johnson and requests that all copies of all pleadings and other documents regarding this action be served on her.

  /S/ Jayne L. Harrell
Elizabeth Brannen Carter [3272-C-38-E]
Jayne L. Harrell [6544-Y-85H]
**HILL, HILL, CARTER, FRANCO,
  COLE & BLACK, P.C.**
425 South Perry Street
Montgomery, Alabama 36101-0116
(334) 834-7600
(334) 832-7419 facsimile
Jharrell@hillhillcarter.com
Counsel for Defendant

OF COUNSEL:

HILL, HILL, CARTER, FRANCO,
 COLE & BLACK, P.C.
425 SOUTH PERRY STREET
P.O. BOX 116
MONTGOMERY, ALABAMA 36101-0116
(334) 834-7600
(334) 832-7419 facsimile

## **CERTIFICATE OF SERVICE**

I Hereby Certify that I have this date served a true and correct copy of the foregoing *Notice of Appearance* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, using the CM/ECF system which will send notification of such filing to: L. Traywick Duffie, Esquire (tduffie@hunton.com), Meredith K. Olafson, Esquire (molafson@hunton.com), Leslie Eason Williams (leason@hunton.com), C. Nelson Gill, Esquire (ngill@copelandfranco.com) and Jay Lewis, Esquire (j-lewis@jaylewislaw.com) this the 12th day of April 2006.

/S/ Jayne L. Harrell
Of Counsel