UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **KANESHA JOHNSON,** | ) |
|     **Plaintiff,** | ) |
| | ) |
|   v. | ) |
| | ) CIVIL ACTION NO. 2:06-cv-143-WKW |
| **HEALTHSOUTH REHABILITATION** | ) |
| **and JORGE NICHOLS,** | ) |
|     **Defendants.** | ) |
| | ) |

### NOTICE OF APPEARANCE

COMES NOW Carol Gerard to enter her appearance as one of the attorneys for Plaintiff herein and respectfully requests of the Court and all parties that she be served with process and all needful papers.

RESPECTFULLY SUBMITTED on this the 14th day of April, 2006.

/s/ Carol Gerard
CAROL GERARD (GER016)
LAW OFFICE OF JAY LEWIS, L.L.C.
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
carolgerard@jaylewislaw.com
ASB-1075-L66G
Co-counsel for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on the __14th__ day of April, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such following to the following:

1

Meredith K Olafson
Hunton & Williams, LLP
Bank of America Plaza, Suite 4100
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216,

and that I have served non-CM/ECF entities by having placed a copy of the same in the United States mail, postage paid and properly addressed to:

Kanesha Johnson
155 Sylvest Drive, Apt. 2201
Montgomery, AL 36117

/s/ Carol Gerard
CAROL GERARD (GER016)
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, Alabama 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
carolgerard@jaylewislaw.com
ASB-1075-L66G
Co-Counsel for Plaintiff