UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KANESHA JOHNSON,<br>　　　　Plaintiff,<br><br>v.<br><br>HEALTHSOUTH REHABILITATION<br>and JORGE NICHOLS,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 2:06-cv-143-WKW<br>)<br>)<br>)<br>) |

## MOTION TO FILE AMENDED NOTICE OF APPEARANCE

COMES NOW Carol Gerard, counsel for Defendant Jorge Nichols in the above styled cause, and would show the Court as follows:

1. When filing her original notice of appearance, undersigned counsel mistakenly stated that she represented the Plaintiff.

2. Undersigned counsel represents the Defendant Jorge Nichols.

3. In addition, undersigned counsel inadvertently left out counsel to which notice should be electronically mailed.

4. Undersigned counsel has now added all counsel to which notice should be electronically mailed.

WHEREFORE, the premises considered, the undersigned counsel prays that the Court will allow her to amend her notice of appearance.

RESPECTFULLY SUBMITTED this the _14th_ day of April, 2006.

　　　　　　　　　　　　　　　　　　/s/ Carol Gerard
　　　　　　　　　　　　　　　　　　CAROL GERARD (GER016)
　　　　　　　　　　　　　　　　　　LAW OFFICE OF JAY LEWIS, L.L.C.
　　　　　　　　　　　　　　　　　　P.O. Box 5059
　　　　　　　　　　　　　　　　　　Montgomery, AL 36103

(334) 263-7733 (Voice)  
(334) 832-4390 (Fax)  
carolgerard@jaylewislaw.com  
ASB-1075-L66G  
Co-counsel for Plaintiff

**CERTIFICATE OF SERVICE**

 I hereby certify that on the __14th__ day of April, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such following to the following:

Elizabeth B. Carter  
L. Traywick Duffie  
Charles Nelson Gill  
Jayne Leslie Harrell  
Meredith K Olafson

/s/ Carol Gerard  
CAROL GERARD (GER016)  
Law Offices of Jay Lewis, L.L.C.  
P.O. Box 5059  
Montgomery, Alabama 36103  
(334) 263-7733 (Voice)  
(334) 832-4390 (Fax)  
carolgerard@jaylewislaw.com  
ASB-1075-L66G  
Co-Counsel for Plaintiff