UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KANESHA JOHNSON, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>HEALTHSOUTH REHABILITATION )<br>and JORGE NICHOLS, )<br>    Defendants. )<br>) | CIVIL ACTION NO. 2:06-cv-143-WKW |

## AMENDED NOTICE OF APPEARANCE

COMES NOW Carol Gerard to enter her appearance as one of the attorneys for Defendant Jorge Nichols herein and respectfully requests of the Court and all parties that she be served with process and all needful papers.

RESPECTFULLY SUBMITTED this the _14th_ day of April, 2006.

/s/ Carol Gerard
CAROL GERARD (GER016)
LAW OFFICE OF JAY LEWIS, L.L.C.
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
carolgerard@jaylewislaw.com
ASB-1075-L66G
Co-counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the __14th__ day of April, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such following to the following:

Elizabeth B. Carter
L. Traywick Duffie

Charles Nelson Gill
Jayne Leslie Harrell
Meredith K Olafson

                                        /s/ Carol Gerard
                                        CAROL GERARD (GER016)
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, Alabama 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
carolgerard@jaylewislaw.com
ASB-1075-L66G
Co-Counsel for Plaintiff