IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KANESHA JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06CV143-WKW |
| ) | [WO] |
| HEALTHSOUTH REHABILITATION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

For good cause, it is

ORDERED that the counsel's Motion to File Amended Notice of Appearance, filed on 14 April 2006 (Doc. # 26), is GRANTED for the reasons stated in the motion.

DONE this 18th day of April, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE