## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **KANESHA JOHNSON,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. 2:06-cv-143-WKW |
| **HEALTHSOUTH REHABILITATION** ) | |
| **and JORGE NICHOLLS,** ) | |
| Defendants. ) | |
| ) | |

## MOTION FOR CLARIFICATION

COMES NOW defendant Nicholls to pray that the Court will clarify its most recent Order directing the parties to conduct a planning meeting.

The said Order indicates that trial will take place "before the undersigned judge during one of that judge's regularly scheduled civil trial terms."

It is counsel's understanding (confirmed by contact with the Clerk of the Court) that this case is still assigned to Judge Watkins for trial purposes, and Judge Watkins' trial terms are different from the Magistrate Judges' trial terms.

Attorneys for the various parties held a conference call this date for planning purposes, but discovered that, absent clarification of this issue, they are unable to arrive at a suitable term within which to suggest holding the trial.

WHEREFORE, the premises considered, the undersigned counsel prays that the Court will clarify its Order (Doc. 24) to state that the parties are to use Judge Watkins' trial terms for planning purposes.

RESPECTFULLY SUBMITTED this the _18th_ day of April, 2006.

    /s/ JAY LEWIS
Jay Lewis
LAW OFFICE OF JAY LEWIS, L.L.C.
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J
Co-counsel for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on the __18th__ day of April, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such following to the following:

Elizabeth B. Carter
L. Traywick Duffie
Charles Nelson Gill
Jayne Leslie Harrell
Meredith K Olafson

    /s/ JAY LEWIS
Jay Lewis
LAW OFFICE OF JAY LEWIS, L.L.C.
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J
Co-counsel for Plaintiff