IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KANESHA JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06CV143-WKW |
| ) | [WO] |
| HEALTHSOUTH REHABILITATION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the Motion For Clarification, filed by defendant, JORGE NICHOLLS ["Nicholls"] on 18 April 2006 (Doc. # 28), and for good cause, it is

ORDERED that the motion is GRANTED.

Nicholls seeks clarification of the court's order of 13 April 2006, directing the parties to file their Rule 26(f) report by a date certain and setting a scheduling conference. The order was entered pursuant to the court's order of 6 April 2006 (Doc. # 17), referring the case to the Magistrate Judge when it appeared that one or more parties were appearing *pro se*. The record currently reflects representation for each party, thus removing the *pro se* status of this case. For those reasons, the court has entered a separate order cancelling the scheduling conference, and counsel are DIRECTED to disregard the court's order regarding the filing of a report pursuant to Rule 26(f). Upon review, the District Judge to whom this case is assigned will enter the appropriate orders.

DONE this 19th day of April, 2006.


                                                 /s/ Vanzetta Penn McPherson
                                                 VANZETTA PENN MCPHERSON
                                                 UNITED STATES MAGISTRATE JUDGE