IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KANESHA JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv143-WKW |
| | ) |
| HEALTHSOUTH REHABILITATION, et al., | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

For good cause, it is

ORDERED that this court's order (Doc. #24) setting a scheduling conference for 25 April 2006 is VACATED.

DONE this 19th day of April, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE