IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KANESHA JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-143-WKW |
| | ) |
| HEALTHSOUTH REHABILITATION, *et al*, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

It is hereby ORDERED that this Court's order (Doc. #17 ) referring this case to the Magistrate Judge is hereby VACATED.

DONE this 25th day of April, 2006.

                                               /s/  W. Keith Watkins
                                               UNITED STATES DISTRICT JUDGE