IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KANESHA JOHNSON, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| vs | )    CASE NO. 2:06-CV-143-WKW |
| | ) |
| HEALTHSOUTH REHABILITATION, | ) |
| AND JORGE NICHOLS, | ) |
| | ) |
|     DEFENDANTS. | ) |

## REPORT OF PARTIES' PLANNING MEETING

1. **Appearances.**

Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on May 23, 2006, by telephone and the parties were represented by:

    a.    Elizabeth Brannen Carter, on behalf of plaintiff, Kanesha Johnson.

    b.    Jayne Harrell Williams, on behalf of plaintiff, Kanesha Johnson

    c.    Meredith K. Olafson, on behalf of defendant, HealthSouth of Montgomery, Inc.[1]

    d.    Jay Lewis, on behalf of defendant, Jorge Nichols.

2. **Pre-Discovery Disclosures**.

The parties will exchange the information required by Local Rule 26.1(a)(1) by **June 14, 2006**.

---

[1] Plaintiff has identified the corporate Defendant in this matter as "HealthSouth Rehabilitation." The corporate Defendant asserts that there is no such entity by that name and that the proper entity is HealthSouth of Montgomery, Inc.

1

3.  **<u>Discovery Plan</u>**.

The parties jointly propose to the Court the following discovery plan:

a.  Discovery will be sought on the following subjects: (I) All matters relevant to the parties' pleadings, including but not limited to Plaintiff's allegations regarding both, liability and damages and Defendants' defenses; and (ii) all matters which become apparent upon the completion of additional investigation and discovery.

b.  All discovery must be commenced in time to be completed by March 31, 2007.

c.  Unless modified by stipulation of the parties:

<u>Interrogatories</u>:

Maximum of 30 by each party with responses due within 30 days of service.

<u>Depositions</u>:

Maximum of 10 depositions by Plaintiff and 10 depositions for each Defendant with a maximum time limit of 7 hours per deposition, except for parties and experts, unless extended by agreement of the parties.

<u>Supplementation</u>:

Supplementals pursuant to Rule 26(e), Fed.R.Civ.P., are due 30 days before the close of discovery, or as soon as reasonably possibly after the information and documents are discovered.

4. **Expert Testimony:**

Unless modified by stipulation of the parties, the disclosure of expert witnesses, including a complete report under Fed.R.Civ.P. 26(a)(2)(B) from any specially retained or employed expert, are due :

    a. From Plaintiff: **December 21, 2006**.

    b. From Defendants: **February 1, 2007**.

5. **Scheduling Conference.**

The parties do not request a conference prior to the entry of the Scheduling Order.

6. **Parties.**

Plaintiff should be allowed until **December 18, 2006** to join any additional parties and Defendants should be allowed until **January 31, 2007** to join additional parties.

7. **Pleadings.**

Plaintiff should be allowed until **December 18, 2006** to amend the pleadings and Defendants should be allowed until **January 31, 2007** to amend the pleadings.

8. **Dispositive Motions.**

All dispositive motions must be filed by March 6, 2007, or 90 days before the Pre-Trial Conference.

9. **Pre-trial Conference.**

The parties request a final pretrial conference on or about **June 4, 2007.**

10. **Alternative Dispute Resolution.**

The parties are not able to evaluate settlement prior to conducting discovery.

11. **Witnesses and Exhibits.**

Plaintiff and Defendants final lists of witnesses under Rule 26(a)(3) must be filed three weeks prior to Pre-Trial Conference and objections thereto must be filed within 14 days. Exhibit lists must be filed two weeks prior to trial, and objections thereto must be filed one week before trial.

12. **Trial.**

The case should be ready for trial by **the July 9, 2007** trial term and is expected to take approximately 4 days for trial.

The undersigned attests that Meredith Olafson and Jay Lewis have agreed to the foregoing and have authorized me to execute this document on his/her behalf.

Submitted this 24th day of May, 2006.

/ S / Elizabeth Brannen Carter
Elizabeth Brannen Carter[3272-C-38-E]
Jayne Harrell Williams[6544-Y-85H]
HILL, HILL, CARTER, FRANCO, COLE & BLACK, P.C.
425 South Perry Street
Montgomery, Alabama 36101-0116
(334) 834-7600
(334) 832-7419 - fax

e-mail: ecarter@hillhillcarter.com
**Counsel for Plaintiff**

/ S / Meredith K. Olafson
Meredith K. Olafson[olaf1484]
HUNTON & WILLIAMS
600 Peachtree Street, NE
Bank of America Plaza, Suite 4100
Atlanta, Georgia 30308-2216
(404) 888-4000
(404) 888-4190 - fax

e-mail: molafson@hunton.com
**Counsel for Defendant HealthSouth of Montgomery, Inc.**

/ S / Jay Lewis
Jay Lewis [2014-E66J]
LAW OFFICES OF JAY LEWIS, L.L.C.
P.O. Box 5059
Montgomery, Alabama 36103
(334) 263-7733
(334) 832-4390 - fax

e-mail: J-Lewis@JayLewisLaw.com
**Counsel for Defendant Jorge Nichols**

C. Nelson Gill[GIL055]
COPELAND, FRANCO, SCREWS, & GILL, P.A.
Post Office Box 347
Montgomery, Alabama 36101-0347
(334) 834-1180
(334) 834-3172 - fax

e-mail: ngill@copelandfranco.com
**Counsel for Defendant HealthSouth of Montgomery, Inc.**