IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JUN -9 P 3: 52

 ̶ ̶ ̶RA P. HACKETT, C ̶ ̶
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| KANESHA JOHNSON, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION |
| | ) FILE NO. 2:06cv143-WKW |
| HEALTHSOUTH REHABILITATION and JORGE NICHOLS, | ) |
| Defendants. | ) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ROGER G. GUSTAFSON

Defendant, HealthSouth of Montgomery, Inc.,[1] ("Defendant" or "HealthSouth") pursuant to Local Rule 83.1, Middle District of Alabama, moves for entry of an order admitting Roger G. Gustafson *pro hac vice* to appear as co-counsel on behalf of Defendant, HealthSouth of Montgomery, Inc., and states:

Roger G. Gustafson is an associate in the law firm of Hunton & Williams LLP, Bank of America Plaza, Suite 4100, 600 Peachtree Street, N.E., Atlanta, Georgia 30308-2216, telephone number (404) 888-4000. He is a member in good standing of the State Bar of Georgia, Georgia Bar No. 141758. He has been admitted to practice in the following courts on the following dates:

| | |
|---|---|
| United States District Court Central District of California | October 16, 2003 |
| State Bar of Georgia | January 5, 2005 |
| Fulton County Superior Court Atlanta, Georgia | January 5, 2005 |

---

[1] Plaintiff incorrectly identifies the corporate entity in this case. HealthSouth of Montgomery, Inc. is the proper entity, as "HealthSouth Rehabilitation" does not exist.

1

| | |
|---|---|
| United States District Court<br>Northern District of Georgia | January 31, 2005 |
| United States District Court<br>Middle District of Georgia | March 14, 2005 |
| Court of Appeals of the<br>State of Georgia | May 26, 2005 |
| Supreme Court of the<br>State of Georgia | May 26, 2005 |

A Certificate of Good Standing from the United States District Court for the Northern District of Georgia is attached as Exhibit A hereto together with payment of the prescribed admission fee.

Roger G. Gustafson has not been disciplined in any manner in any jurisdiction in the preceding five years and has no disciplinary proceedings pending in any jurisdiction.

Nelson Gill of the firm Copeland Franco Screws & Gill PA, 444 S. Perry Street, Montgomery, AL 36104-4236, a member in good standing of the State Bar of Alabama, is local counsel for HealthSouth of Montgomery, Inc. in this action.

WHEREFORE, Defendant, HealthSouth of Montgomery, Inc., requests the entry of an order admitting Roger G. Gustafson *pro hac vice* to appear as co-counsel on behalf of HealthSouth of Montgomery, Inc.

Respectfully submitted,

_____
Nelson Gill (GIL055)
Copeland Franco Screws & Gill PA
444 S. Perry St.
Montgomery, AL 36104-4236
Telephone: (334) 834-1180

and

*[signature]*

Roger G. Gustafson* (gust3376)
L. Traywick Duffie (duff3709)
Meredith K. Olafson (olaf1484)
* *Motion for Admission*
*Pro Hac Vice pending*
HUNTON & WILLIAMS LLP
Bank of America Plaza, Suite 4100
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
Telephone: (404) 888-4000
Facsimile: (404) 888-4190

**COUNSEL FOR DEFENDANT
HEALTHSOUTH OF MONTGOMERY, INC.**



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**           }
                                       } ss.
**NORTHERN DISTRICT OF GEORGIA**       }

      I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

      **DO HEREBY CERTIFY** that **ROGER G. GUSTAFSON, 141758,** was duly admitted to practice in said Court on January 31, 2005 and is in good standing as a member of the bar of said Court.

      Dated at Atlanta, Georgia, this 7th day of June, 2006.

                                          LUTHER D. THOMAS
                                          CLERK OF COURT

                           By: _____
                                  Eugene T. Thornton
                                  Deputy Clerk



IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KANESHA JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION |
| | ) FILE NO. 2:06cv143-WKW |
| HEALTHSOUTH REHABILITATION and JORGE NICHOLS, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of June, 2006, the foregoing HealthSouth of Montgomery, Inc.'s Motion for Admission *Pro Hac Vice* of Roger G. Gustafson was served by first class mail, postage prepaid, on all counsel of record:

Elizabeth Brannen Carter, Esq.
(Ecarter@hillhillcarter.com)
Jayne L. Harrell, Esq.
(Jharrell@hillhillcarter.com)
*Attorneys for Plaintiff*
HILL, HILL, CARTER, FRANCO, COLE
& BLACK, P.C.
425 South Perry Street
Montgomery, AL 36101-0116

Jay Lewis, Esq.
(J-Lewis@jaylewislaw.com)
Carol Gerard, Esq.
(carolgerard@jaylewislaw.com)
*Attorneys for Co-Defendant, Jorge Nichols*
LAW OFFICES OF JAY LEWIS, LLC
P.O. Box 5059
100 Commerce St., Suite 700
Montgomery, AL 36104

_____
Nelson Gill (GIL055)
*Attorney for Defendant HealthSouth
of Montgomery, Inc.*

4

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KANESHA JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION |
| | ) FILE NO. 2:06cv143-WKW |
| HEALTHSOUTH REHABILITATION | ) |
| and JORGE NICHOLS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

Upon consideration of the Motion for Admission *Pro Hac Vice* filed by Defendant, HealthSouth of Montgomery, Inc., on behalf of Roger G. Gustafson, and it appearing that Roger G. Gustafson is a member in good standing of the United States District Court for the Northern District of Georgia, it is ORDERED that the motion be and the same is hereby **GRANTED**.

This _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

1