IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KANESHA JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06cv143-WKW |
| | ) |
| HEALTHSOUTH REHABILITATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the Motion for Roger G. Gustafson to Appear Pro Hac Vice (Doc. #36) filed on June 9, 2006, it is hereby

ORDERED that the motion be GRANTED.

DONE this 14th day of June, 2006.


　　　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE