IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KANESHA JOHNSON | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | FILE NO. 02:06cv143-WKW |
| | ) | |
| HEALTHSOUTH REHABILITATION and JORGE NICHOLS, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL OF MEREDITH K. OLAFSON, ESQ.

Counsel for Defendant HealthSouth of Montgomery, Inc. ("HealthSouth"), improperly identified in the Complaint as HealthSouth Rehabilitation, hereby gives notice to the Court and all parties that Meredith K. Olafson, Esq. is withdrawing as a named counsel of record for HealthSouth in the above-styled action because of Ms. Olafson's departure from the law firm of Hunton & Williams LLP.

HealthSouth will continue to be represented by Hunton & Williams LLP, specifically by L. Traywick Duffie and Roger G. Gustafson, and by Copeland, Franco, Screws & Gill, P.A., specifically by C. Nelson Gill, who have previously entered their appearances in this action.

Respectfully submitted on this 30th day of June, 2006.

          s/ Meredith K. Olafson
          L. Traywick Duffie* (duff3709)
          Meredith K. Olafson* (olaf1484)
          Roger G. Gustafson* (gust3376)
          *Admitted Pro Hac Vice*
          Hunton & Williams LLP
          Bank of America Plaza, Suite 4100
          600 Peachtree Street, N.E.
          Atlanta, Georgia  30308-2216
          Telephone:  (404) 888-4000
          Facsimile:  (404) 888-4190
          Email:  tduffie@hunton.com
          Email:  molafson@hunton.com
          Email:  rgustafson@hunton.com

          C. Nelson Gill (GIL055)
          Copeland, Franco, Screws & Gill, P.A.
          Post Office Box 347
          Montgomery, Alabama  36101-0347
          Phone:  334-834-1180
          Fax:  334-834-3171
          Email:  ngill@copelandfranco.com

          ***Counsel for HealthSouth of Montgomery, Inc.***

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 30th day of June, 2006, electronically filed the foregoing **NOTICE OF WITHDRAWAL OF MEREDITH K. OLAFSON, ESQ.** with the Clerk of the Court using the CM/ECF system which will send notification of each filing to the following:

    Elizabeth Brannen Carter, Esq.
    (Ecarter@hillhillcarter.com)

    Jayne L. Harrell, Esq.
    (Jharrell@hillhillcarter.com)

    Jay Lewis, Esq.
    (J-Lewis@jaylewislaw.com)

    Carol Gerard, Esq.
    (carolgerard@jaylewislaw.com)

    s/ Meredith K. Olafson
    Counsel for HealthSouth of Montgomery, Inc.