IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2006 JUN 30 ⊃ 3: 47

| | | |
|---|---|---|
| KANESHA JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CIVIL ACTION** |
| | ) | **FILE NO. 2:06cv143-WKW** |
| HEALTHSOUTH REHABILITATION | ) | |
| and JORGE NICHOLS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF EMILY J. BURKHARDT

Defendant, HealthSouth of Montgomery, Inc.,[1] ("Defendant" or "HealthSouth") pursuant to Local Rule 83.1, Middle District of Alabama, moves for entry of an order admitting Emily J. Burkhardt *pro hac vice* to appear as co-counsel on behalf of Defendant, HealthSouth of Montgomery, Inc., and states:

Emily J. Burkhardt is an associate in the law firm of Hunton & Williams LLP, Bank of America Plaza, Suite 4100, 600 Peachtree Street, N.E., Atlanta, Georgia 30308-2216, telephone number (404) 888-4000. She is a member in good standing of the State Bar of Georgia, Georgia Bar No. 444099. She has been admitted to practice in the following courts on the following dates:

| | |
|---|---|
| State Courts of Georgia | 02/25/00 |
| United States District Court, Northern District of Georgia | 08/13/01 |
| United States District Court, Middle District of Georgia | 02/07/05 |

---

[1] Plaintiff incorrectly identifies the corporate entity in this case. HealthSouth of Montgomery, Inc. is the proper entity, as "HealthSouth Rehabilitation" does not exist.

| | |
|---|---|
| 11th Circuit, United States Court of Appeals | 11/08/01 |
| United States District Court, Eastern District of Michigan | 06/14/06 |

A Certificate of Good Standing from the United States District Court for the Northern District of Georgia is attached as Exhibit A hereto together with payment of the prescribed admission fee.

Emily J. Burkhardt has not been disciplined in any manner in any jurisdiction in the preceding five years and has no disciplinary proceedings pending in any jurisdiction.

Nelson Gill of the firm Copeland Franco Screws & Gill PA, 444 S. Perry Street, Montgomery, AL  36104-4236, a member in good standing of the State Bar of Alabama, is local counsel for HealthSouth of Montgomery, Inc. in this action.

WHEREFORE, Defendant, HealthSouth of Montgomery, Inc., requests the entry of an order admitting Emily J. Burkhardt *pro hac vice* to appear as co-counsel on behalf of HealthSouth of Montgomery, Inc.

Respectfully submitted,

_____
Nelson Gill (GIL055)
Copeland Franco Screws & Gill PA
444 S. Perry St.
Montgomery, AL 36104-4236
Telephone: (334) 834-1180

and

_____
Emily J. Burkhardt (burk9601)*
L. Traywick Duffie (duff3709)
Roger Gustafson (gust3376)
*Motion for Admission
Pro Hac Vice pending
HUNTON & WILLIAMS LLP
Bank of America Plaza, Suite 4100
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
Telephone: (404) 888-4000
Facsimile: (404) 888-4190

**COUNSEL FOR DEFENDANT
HEALTHSOUTH OF MONTGOMERY, INC.**

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

KANESHA JOHNSON,         )
                               )
      Plaintiff,        )
                               )
  vs.                 )   **CIVIL ACTION**
                               )   **FILE NO. 2:06cv143-WKW**
HEALTHSOUTH REHABILITATION )
and JORGE NICHOLS,      )
                               )
      Defendants.   )
                               )

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of June, 2006, the foregoing HealthSouth of Montgomery, Inc.'s Motion for Admission *Pro Hac Vice* of Emily J. Burkhardt was served by first class mail, postage prepaid, on all counsel of record:

Elizabeth Brannen Carter, Esq.
(Ecarter@hillhillcarter.com)
Jayne L. Harrell, Esq.
(Jharrell@hillhillcarter.com)
*Attorneys for Plaintiff*
HILL, HILL, CARTER, FRANCO, COLE
& BLACK, P.C.
425 South Perry Street
Montgomery, AL 36101-0116

Jay Lewis, Esq.
(J-Lewis@jaylewislaw.com)
Carol Gerard, Esq.
(carolgerard@jaylewislaw.com)
*Attorneys for Co-Defendant, Jorge Nichols*
LAW OFFICES OF JAY LEWIS, LLC
P.O. Box 5059
100 Commerce St., Suite 700
Montgomery, AL 36104

Nelson Gill (GIL055)
*Attorney for Defendant HealthSouth
of Montgomery, Inc.*