**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

July 5, 2006

# NOTICE OF CORRECTION

From:   Clerk's Office

**Case Style: Kanesha Johnson v. Healthsouth Rehabilitation, et al.**
**Case Number: 2:06-cv-143-WKW**

**Pleading : #39 - Motion to Appear Pro Hac Vice**

**Notice of Correction is being filed this date to advise that the referenced pleading was filed on 6/30/2006 without the Certificate of Good Standing attached.**

**The Certificate of Good Standing is attached to this notice.**