Exhibit A



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** }
} ss.
**NORTHERN DISTRICT OF GEORGIA** }

I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **EMILY J. BURKHARDT , State Bar No. 444099,** was duly admitted to practice in said Court on August 13, 2001, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 26th day of June, 2006.

LUTHER D. THOMAS
CLERK OF COURT



By: _____
Jamee Holland
Deputy Clerk