IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KANESHA JOHNSON, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:06-cv-143-WKW |
| | ) |
| HEALTHSOUTH REHABILITATION, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

Upon consideration of the Motion to Withdraw as Counsel (doc. #38) filed on July 3, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this day 6th of July, 2006.

                                              /s/  W.  Keith Watkins
                                       UNITED STATES DISTRICT JUDGE