IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KANESHA JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-143-WKW |
| | ) |
| HEALTHSOUTH REHABILITATION, *et al*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

Upon consideration of the Motion for Emily J. Burkhardt to Appear Pro Hac Vice (Doc. #39) filed on June 30, 2006, it is hereby

ORDERED that the motion be GRANTED.

DONE this 22nd day of August, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE