**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **KANESHA JOHNSON,** : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | **CASE NO. 2:06-CV-143-WKW** |
| : | |
| **HEALTHSOUTH REHABILITATION** : | |
| **and JORGE NICHOLS,** : | |
| : | |
| Defendants. : | |

**MOTION TO CORRECT PARTY NAMES AND ADD DEFENDANT**

COMES NOW the Plaintiff KANESHA JOHNSON, by and through the undersigned counsel, and moves this Honorable Court to correct the names of the Defendants, improperly identified in the Complaint, as well as add a party-Defendant, as follows:

1. Named Defendant HealthSouth Rehabilitation should be properly identified as "HealthSouth Corporation".

2. Named Defendant Jorge Nichols should be properly identified as "Jorge Nicholls".

2. Plaintiff moves to add "HealthSouth of Montgomery, Inc." as a party-Defendant.

The foregoing premises considered, the Plaintiff moves the Court to correct the style of the case to properly identify the Defendants as asserted above and add HealthSouth of Montgomery, Inc. as a party-Defendant.

Respectfully Submitted this the 23rd day of August, 2006.

KANESHA JOHNSON,
Plaintiff,

By: /s/ Elizabeth Brannen Carter
Elizabeth Brannen Carter [3272-C-38E]
Jayne Harrell Williams [6544-Y-85H]
HILL, HILL, CARTER,
FRANCO, COLE & BLACK, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116
(334) 834-7600
(334) 832-7419 - fax
E-mail: ecarter@hillhillcarter.com
E-mail: jhwilliams@hillhillcarter.com

2

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date electronically filed the foregoing *Motion to Correct Party Names* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, using the CM/ECF system which will send notification of such filing to, Emily J. Burkhardt, Esquire (Eburkhardt@hunton.com), L. Traywick Duffie, Esquire (Tduffie@hunton.com), Roger G. Gustafson, Esquire (Rgustafson@hunton.com), C. Nelson Gill, Esquire (Ngill@copelandfranco.com) and Jay Lewis, Esquire (J-Lewis@JayLewisLaw.com) this the 23rd day of August, 2006.

    /s/ Elizabeth Brannen Carter
    OF COUNSEL