IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KANESHA JOHNSON, | : |
| Plaintiff, | : |
| vs. | : CASE NO. 2:06-CV-143-WKW |
| HEALTHSOUTH REHABILITATION and JORGE NICHOLS, | : |
| Defendants. | : |

**PLAINTIFF'S MOTION TO AMEND COMPLAINT**

COMES NOW the Plaintiff KANESHA JOHNSON, by and through the undersigned counsel, and moves this Honorable Court to permit her to amend her Complaint pursuant to Federal Rule of Civil Procedure 15. In support thereof, Plaintiff states as follows:

1. The parties are only in the process of exchanging written discovery, therefore no party would be prejudiced by this amendment.

2. This request is timely made pursuant to Section 4 of this Court's Uniform Scheduling Order entered in this matter on June 9, 2006.

3. Plaintiff has attached the Amended Complaint to this motion.

The foregoing premises considered, the Plaintiff moves the Court to permit Plaintiff to file the attached Amended Complaint.

Respectfully Submitted this the 23rd day of August, 2006.

KANESHA JOHNSON, Plaintiff,

By: /s/ Elizabeth Brannen Carter
Elizabeth Brannen Carter [3272-C-38E]
Jayne Harrell Williams [6544-Y-85H]
HILL, HILL, CARTER,
FRANCO, COLE & BLACK, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116
(334) 834-7600
(334) 832-7419 - fax
E-mail: ecarter@hillhillcarter.com
E-mail: jhwilliams@hillhillcarter.com

## CERTIFICATE OF SERVICE

    I Hereby Certify that I have this date electronically filed the foregoing *Motion to Amend Complaint* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, using the CM/ECF system which will send notification of such filing to, Emily J. Burkhardt, Esquire (Eburkhardt@hunton.com), L. Traywick Duffie, Esquire (Tduffie@hunton.com), Roger G. Gustafson, Esquire (Rgustafson@hunton.com), C. Nelson Gill, Esquire (Ngill@copelandfranco.com) and Jay Lewis, Esquire (J-Lewis@JayLewisLaw.com) this the 23rd day of August, 2006.

                                                /s/ Elizabeth Brannen Carter
                                                OF COUNSEL