IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KANESHA JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-143-WKW |
| ) | |
| HEALTHSOUTH REHABILITATION, et al., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of Plaintiff's Motion to Correct Party Names and Add Defendant (Doc. # 43) and Plaintiff's Motion to Amend Complaint (Doc. # 44), it is ORDERED that the motions are GRANTED.[1] The plaintiff shall file electronically an exact duplicate of the amended complaint attached to the motion in accordance with the *Middle District of Alabama's Civil Administrative Procedures*. The Clerk is directed to docket the names of the parties accordingly.

DONE this the 25th day of August, 2006.

　　　　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] A denial of leave to amend is within a district court's discretion, but "leave shall be freely given when justice so requires." Fed. R. Civ. P. 15(a).