AO 440 (Rev. 5/85) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT OF __NORTHERN DIVISION__

KANESHA JOHNSON

V.

HEALTHSOUTH CORPORATION;
HEALTHSOUTH OF MONTGOMERY, INC.,
And JORGE NICHOLLS,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06-cv-143-WKW

TO: HealthSouth Corporation
c/o The Corporation Company
2000 Interstate Parkway, Suite 204
Montgomery, Alabama 36109

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon:

DEFENDANTS' ATTORNEYS : Emily J. Burkhardt, Esq., Hunton & Williams, 600 Peachtree Street, NE, Bank of America Plaza, Suite 4100, Atlanta, GA 30308-2216; C. Nelson Gill, Esquire, Copeland, Franco, Screws & Gill, Post Office Box 347, Montgomery, AL 36101-0347 and Jay Lewis, Esquire, Law Offices of Jay Lewis, LLC, Post Office Box 5059, Montgomery, AL 36103

an answer to the amended complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

*Debra P. Hackett*
CLERK

8/31/06
DATE

_Willi_ C. _P_____
BY DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE |
|---|---|
| NAME OF SERVER | TITLE |

Check one box below to indicate appropriate method of service

☐   Served personally upon the defendant. Place where served: _____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: _____

☐   Returned unexecuted: _____

☐   Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
        Date                              Signature of Server

                                          _____
                                          Address of Server

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure