| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Dawson_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  9/5/06 |
| 1. Article Addressed to:<br><br>HEALTHSOUTH CORPORATION<br>C/O THE CORPORATION COMPANY<br>2000 INTERSTATE PARKWAY<br>SUITE 204<br>MONTGOMERY AL 36109<br><br>06cv143  S,C,+AC | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 0390 0000 5266 6111 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540