IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KANESHA JOHNSON, | * | |
|    Plaintiff, | * | |
| | * | |
|    v. | * | Civil Case No. 2:06-CV-143-WKW |
| | * | |
| HEALTHSOUTH REHABILITATION, et al. | * | |
|    Defendants. | * | |

### MOTION TO AMEND ANSWER OF DEFENDANT JORGE NICHOLLS TO AMENDED COMPLAINT

COMES NOW Defendant Jorge Nicholls, in the above-styled action, and would show the Court as follows:

In his answer, Defendant Nicholls' counsel inexplicably failed to provide responses to paragraphs numbered 26-31 of the plaintiff's amended complaint, a failure likely caused by the insertion of an *ad damnum* clause after each count of the amended complaint.

Defendant Nicholls desires to amend his answer to more completely respond to the plaintiff's allegations by substituting for his previously submitted answer to the amended complaint the attached Amended Answer of Defendant Jorge Nicholls to Amended Complaint.

RESPECTFULLY SUBMITTED, this the __6th___ day of September, 2006.

/s/ JAY LEWIS
Jay Lewis
LAW OFFICE OF JAY LEWIS, L.L.C.
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J
Co-counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the __6th__ day of September, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such following to the following:

Elizabeth B. Carter
L. Traywick Duffie
Emily J. Burkhardt
Roger G. Gustafson
Charles Nelson Gill
Jayne Leslie Harrell

/s/ JAY LEWIS
Jay Lewis
LAW OFFICE OF JAY LEWIS, L.L.C.
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J
Co-counsel for Plaintiff