IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KANESHA JOHNSON | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | FILE NO. 2:06cv143-WKW |
| | ) | |
| HEALTHSOUTH CORPORATION, | ) | |
| HEALTHSOUTH OF MONTGOMERY, | ) | |
| INC., and JORGE NICHOLLS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**STIPULATION AND ORDER OF
VOLUNTARY DISMISSAL WITH PREJUDICE**

The parties to the above-entitled action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby stipulate, and the Court orders, that all claims in the above matter be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

SO ORDERED this _____ day of _____, 2006.

_____
THE HONORABLE WILLIAM KEITH WATKINS
Judge, U.S. District Court

**CONSENTED TO BY:**

| | |
|---|---|
| HILL, HILL, CARTER, FRANCO, COLE & BLACK, P.C. | HUNTON & WILLIAMS LLP |
| /s/ Elizabeth Brannen Carter | s/ Roger G. Gustafson |
| Elizabeth Brannen Carter, Esq. | L. Traywick Duffie, Esq. |
| 425 South Perry Street | Roger G. Gustafson, Esq. |
| Montgomery, AL  36101-0116 | Bank of America Plaza, Suite 4100 |
| Telephone: (334) 834-7600 | 600 Peachtree Street, N.E. |
| Facsimile: (334) 832-7419 | Atlanta, Georgia 30308-2216 |
| ***Counsel for Plaintiff*** | Telephone: (404) 888-4000 |
| | Facsimile: (404) 888-4190 |
| | ***Counsel for Defendants HealthSouth Corporation and HealthSouth of Montgomery, Inc.*** |

LAW OFFICES OF JAY LEWIS, LLC

s/ Jay Lewis
Jay Lewis, Esq.
847 South McDonough Street
Montgomery, AL 36104
Telephone:  (334) 263-7733
Facsimile:  (334) 832-4390
***Counsel for Defendant Jorge Nicholls***