IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| KANESHA JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-143-WKW |
| | ) | |
| HEALTHSOUTH REHABILITATION, et al., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The parties filed a joint Stipulation of Voluntary Dismissal With Prejudice (Doc. # 52). Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby ORDERED that this civil action is DISMISSED WITH PREJUDICE. The pending motion (Doc. # 50) is DENIED as moot.

An appropriate judgment will be entered.

DONE this the 13th day of November, 2006.

　　　　　　　　　　　　　　　　　/s/ W. Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE